UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>540 NORTH LASALLE LLC,<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   13-23044<br><br>Chapter: 11<br>Honorable Jack B. Schmetterer |

## FINAL DECREE

This cause coming to be heard upon the application of 540 North LaSalle LLC, debtor and debtor-in-possession (the "Debtor"), for the entry of a final decree and to close its bankruptcy case pursuant to 11 U.S.C. § 350(a), Federal Rule of Bankruptcy Procedure 3022 and Local Bankruptcy Rule 3022-1; due notice having been given to all creditors and parties in interest; and after hearing, and no one having appeared in opposition thereto, and upon consideration of said motion, the Court having found that the Debtor's First Amended Plan of Liquidation (the "Plan") has been substantially consummated, that the Debtor has filed all required debtor-in-possession reports and made all required debtor-in-possession quarterly payments of the Office of the United States Trustee, and due deliberation having been had thereon;

IT IS HEREBY ORDERED THAT:

1. The Debtor's motion is granted.
2. Notwithstanding this Order:
   a. The Debtor shall continue to be authorized to take any and all action required or reasonably contemplated by the Plan or the order confirming the Plan;
   b. The Court shall retain jurisdiction pursuant to the terms of the Plan and the order confirming the Plan; and
   c. The Debtor shall pay any and all outstanding U.S. Trustee quarterly fees through and including the date of the entry of this order;
3. That the estate of 540 North LaSalle LLC Jain be, and it hereby is, closed.
4. Counsel for the Debtor shall serve a copy of this Order upon all of the Debtor's known creditors and other parties in interest via First Class U.S. Mail, proper postage prepaid, and file a certificate of service of same with the Clerk of this Court.

Enter:

Dated: 3/18/14

United States Bankruptcy Judge

MAR 18 2014

**Prepared by:**
Bruce C. Scalambrino (ARDC 06193809)
Christopher L. Muniz (ARDC 06271356)
SCALAMBRINO & ARNOFF, LLP

Rev: 20120501_bko